1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   MELANIE L. PROCTOR, CSBN 228971
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6730
   FAX: (415) 436-6927

7  Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                       SAN FRANCISCO DIVISION

12 LETICIA LUNA,                        )
                                        ) No. C 07-4134 SC
13                 Plaintiff,           )
                                        )
14         v.                           )
                                        ) **STIPULATION TO EXTEND DATES;**
15 DAVID N. STILL, District Director, U.S. ) **and [PROPOSED] ORDER**
   Citizenship and Immigration Services; )
16 EMILIO T. GONZALEZ, Director, U.S.   )
   Department of Homeland Security,     )
17 Citizenship and Immigration Services; )
   MICHAEL CHERTOFF, Secretary Department )
18 of Homeland Security,                )
                                        )
19                 Defendants.          )
                                        )
20

21     Plaintiff, by and through her attorney of record, and Defendants, by and through their attorneys

22 of record, hereby stipulate, subject to the approval of the Court, to the following:

23     1. Plaintiff filed this action on or about August 10, 2007, and Defendants' Response is

24 currently due on October 16, 2007.

25     2. Pursuant to this Court's August 10, 2007 Order Setting Initial Case Management

26 Conference, the parties are required to file a joint case management statement on November 9,

27 2007, and attend a case management conference on November 16, 2007.

28     3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case

Stipulation to Extend Dates
C 07-4134 SC                              1

1 and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask
2 this Court to extend the dates in the Court's scheduling order as follows:
3     Defendants' Response:     November 16, 2007
4     Last day to file Joint ADR Certification:     November 23, 2007
5     Last day to file/serve Joint Case Management Statement:     December 7, 2007
6     Case Management Conference:     December 14, 2007 at 10:00 a.m.

Dated: October 12, 2007     Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

    /s/
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

Dated: October 12, 2007     /s/
BARBARA K. STRICKLAND
Attorney for Plaintiff

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:     October 12, 2007

IT IS SO ORDERED
Judge Samuel Conti

Stipulation to Extend Dates
C 07-4134 SC     2