NOV-15-2007 15:58 From: US ATTORNEY 4154366927 To: 619 233 3914 P.2/3
Nov 15 07 03:27p  Barbara Str...l  (6...33-3914  p.2
Case 3:07-cv-04134-SC   Document 7   Filed 12/05/07   Page 1 of 3

1 BARBARA K. STRICKLAND  SBN 075098
  Attorney at Law
2 110 Juniper Street
  San Diego, CA 92101
3 (619) 230-1773  fax (619) 233-3914
  e-mail: barbara@bkslaw.sdcoxmail.com
4
  Attorney for Plaintiff Leticia Luna
5

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leticia Luna, | Case No.: C 07 04134 SC |
| Plaintiff, | |
| v. | Stipulation to Dismiss Without Prejudice |
| David N. Still, District Director, U.S. Citizenship & Immigration Services; Emilio T. Gonzalez, Director, U.S. Citizenship & Immigration Services; Michael Chertoff, Secretary Department of Homeland Security | |
| Defendants. | |

Plaintiff, by her attorney, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

/////
/////
/////
/////
/////

Stipulation to Dismiss without Prejudice
C 07 4134 SC

Plaintiff's complaint in its entirety shall be dismissed without prejudice. The parties each shall bear their own costs and attorneys fees.

Dated: November 15, 2007

*Barbara Strickland*
BARBARA K. STRICKLAND
Attorney for Plaintiff Leticia Luna

Dated: November 15, 2007

SCOTT N. SCHOOLS
United States Attorney

*Melanie J. Proctor*
MELANIE L. PROCTOR
Assistant United States Attorney
Attorney for Defendants

## ORDER

Pursuant to stipulation, IT IS SO ORDERED

Date: 12/5/07



IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation to Dismiss without Prejudice
C 07 4134 SC

2

## Certificate of Service

I, Barbara Strickland, declare that: I am over the age of eighteen years and not a party to this action. I am employed in or am a resident of the County of San Diego, California, where the mailing occurs and my business address is: 110 Juniper Street, San Diego, CA 92101

I further declare that I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service and that the correspondence shall be deposited with the United States Postal Service this same day in the ordinary course of business.

I caused to be served the following documents:

Stipulation for Dismissal

by placing two copies in an envelope addressed as follows:

Melanie L. Proctor, Esq.
Assistant United States Attorney
450 Gold Gate Ave., Box 36055
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on   November 28, 2007

Barbara Strickland
Attorney for Plaintiff Leticia Luna